Official Form 3
(12/03)

# United States Bankruptcy Court

District Of **Delaware**

In re **Bunkley, Jimmy**,
  Debtor

Case No. _____

Chapter **13**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **194.00** in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ~~05.00~~   Check one ☒  With the filing of the petition, or
                         ☐  On or before _____
   $ ~~63.00~~ **63.00** on or before **Jan 08th 2004**
   $ ~~63.00~~ **63.00** on or before **Feb 08th 2004**
   $ ~~63.00~~ **63.00** on or before **Mar 08th 2004**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____    _[signed]_____   **8 Dec 2003**
Signature of Attorney         Date           Signature of Debtor                Date
                                              (In a joint case, both spouses must sign)

_____
Name of Attorney
                                              _____   _____
                                              Signature of Joint Debtor (if any)   Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____                   _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                              (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                  _____
Signature of Bankruptcy Petition Preparer     Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court
## District of Delaware

In re: Burkley, Jimmy        :    Case No. _____

       Debtor(s)                :    Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

      IT IS FURTHER ORDERED that upon failure to pay the final installment within 120 days after the filing of the petition, the court may dismiss this case without further notice.

BY THE COURT

Date: _____

_____
*Clerk of Court*