UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Via Federal Express

December 15, 2003

Jimmy E. Bunkley
1321 W. 8th Street
Wilmington, DE 19806

RE: Case #03-13730
Filing Date: December 8, 2003

Dear Sir:

You applied to our Court to pay filing fees in installments for your recent bankruptcy filing. This Court will not enter an order on your behalf allowing payment of filing fees in installments since filing fees are outstanding in a previous case.

For your current bankruptcy case to continue proceeding through the Court, you must pay the filing fee in full.

If we have not received your payment within five (5) business days from the date of receipt of this letter, the Court will move to dismiss this case.

Sincerely,

David D. Bird
Clerk of Court

DDB/mcc