# EXHIBIT B

**Steele Declaration**

{1368.002-W0069014.}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

**DECLARATION OF BENJAMIN J. STEELE IN SUPPORT OF**
**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF KROLL RESTRUCTURING**
**ADMINISTRATION LLC AS CLAIMS AND NOTICING AGENT**
**EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Benjamin J. Steele, under penalty of perjury, declare as follows:

1. I am a Managing Director of Kroll Restructuring Administration LLC ("Kroll"),[2] a chapter 11 administrative services firm whose headquarters are located at 55 East 52nd Street, 17th Floor, New York, NY 10055. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This Declaration is made in support of the above-captioned *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective* Nunc Pro Tunc *to the Petition Date*, which was filed contemporaneously herewith (the "Application").[3]

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. There has not been any change in the company's leadership, ownership, or organizational structure.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3. Kroll is comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases. Kroll's professionals have experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity.  Kroll's professionals have acted as debtor's counsel or official claims and noticing agent in many large bankruptcy cases in this District and in other districts nationwide. Kroll's active and former cases include: *Alto Maipo Delaware LLC*, No. 21-11507 (KBO); *CalPlant I Holdco, LLC*, No. 21-11302 (JTD); *Alpha Latam Management, LLC*, No. 21-11109 (KJS); *Mallinckrodt plc*, No. 20-12522 (JTD); *The Hertz Corporation*, No. 20-11218 (MFW); *Grupo Posadas S.A.B. de C.V.*, No. 21-11831 (SHL) (Bankr. S.D.N.Y.); *GTT Communications, Inc.*, No. 21-11880 (MEW) (Bankr. S.D.N.Y.); *GBG USA Inc.*, No. 21-11369 (MEW) (Bankr. S.D.N.Y.); *Seadrill New Finance Limited*, No. 22-90001 (DRJ) (Bankr. S.D. Tex.); *Carlson Travel, Inc.*, No. 21-90017 (MI) (Bankr. S.D. Tex.); *Basic Energy Services, Inc.*, No. 21-90002 (DRJ) (Bankr. D.R.J.); and *PG&E Corporation,* No. 19-30088 (DM) (Bankr. N.D. Cal.).

4. As agent and custodian of Court records pursuant to 28 U.S.C. § 156(c), Kroll will perform, at the request of the Office of the Clerk of the Bankruptcy Court (the "Clerk"), the services specified in the Application and the Engagement Agreement, and, at the Debtors' request, any related administrative, technical and support services as specified in the Application and the Engagement Agreement.  In performing such services, Kroll will charge the Debtors the rates set forth in the Engagement Agreement, which is attached as Exhibit A to the Application.

5. Kroll has not received any payments from the Debtors in the 90 days prior to the Petition Date.  The Debtors propose to provide Kroll with an advance in the amount of

$300,000.[4]  Kroll seeks to hold the advance under the Engagement Agreement during these

Chapter 11 Cases as security for the payment of fees and expenses incurred under the

Engagement Agreement.

6.       Kroll represents, among other things, the following:

(a)      Kroll is not a creditor of the Debtors;

(b)      Kroll will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases;

(c)      By accepting employment in these Chapter 11 Cases, Kroll waives any rights to receive compensation from the United States government in connection with these Chapter 11 Cases;

(d)      In its capacity as the Claims and Noticing Agent in these Chapter 11 Cases, Kroll will not be an agent of the United States and will not act on behalf of the United States;

(e)      Kroll will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these Chapter 11 Cases;

(f)      Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged;

(g)      In its capacity as Claims and Noticing Agent in these Chapter 11 Cases, Kroll will not intentionally misrepresent any fact to any person;

(h)      Kroll shall be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

(i)      Kroll will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

(j)      None of the services provided by Kroll as Claims and Noticing Agent in these Chapter 11 Cases shall be at the expense of the Clerk's office.

---

[4]   A prepetition wire for the advance was initiated to Kroll.  Due to an administrative error at the bank, however, the wire was reversed and the funds reverted postpetition.  As a result of these circumstances, this Application is seeking authorization to provide a postpetition advance to Kroll.

7.      To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Kroll, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties. Kroll may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Kroll serves or has served in a neutral capacity as claims and noticing agent and/or administrative advisor for another chapter 11 debtor.

8.      Kroll has reviewed its electronic database to determine whether it has any relationships with the list of entities provided by the Debtors (the "Potential Parties in Interest List"), a copy of which is attached hereto as **Schedule 1**.  Based on the results of such search, at this time, Kroll is not aware of any relationship that would present a disqualifying conflict of interest.  Kroll is continuing to review the Potential Parties in Interest List, which Kroll understands is not yet complete.  Should Kroll discover any new relevant facts or relationships bearing on the matters described herein after it has completed its review or during the period of its retention, Kroll will use reasonable efforts to promptly file a supplemental declaration.

9.      Certain of Kroll's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these cases. Such firms include Kirkland & Ellis LLP; Weil, Gotshal & Manges LLP; O'Melveny & Myers LLP; Mayer Brown LLP; Fried, Frank, Harris, Shriver & Jacobson LLP; Bracewell LLP; Curtis, Mallet-Prevost, Colt & Mosle LLP; Baker & Hostetler LLP; Togut, Segal & Segal LLP; Gibson, Dunn & Crutcher LLP ("Gibson Dunn"); Willkie Farr & Gallagher LLP ("Willkie"); Jones Day; Shearman & Sterling LLP; KPMG LLP; PricewaterhouseCoopers LLP; Epiq Bankruptcy Solutions, LLC; Donlin, Recano & Company, Inc.; and Kurtzman Carson Consultants LLC. Except as may be disclosed herein, these professionals did not work on any matters involving the

Debtors while employed by their previous firms. Moreover, these professionals were not

employed by their previous firms when these Chapter 11 Cases were filed.

   10. Kroll hereby discloses the following connections, each of which Kroll

believes does not present an interest adverse to the Debtors and is disclosed solely out of an

abundance of caution:

- Shira D. Weiner, General Counsel of Kroll and its divisional affiliates, was formerly an associate at Gibson Dunn, one of the Debtors' ordinary course professionals. Ms. Weiner left Gibson Dunn in April 2017. Ms. Weiner did not work on any matters involving the Debtors during her time at Gibson Dunn. Ms. Weiner's role is primarily administrative and she does not generally work on any of the firm's cases.

- Gabriel Brunswick, Associate General Counsel of Kroll, was formerly an associate at Willkie, one of the Debtors' vendors. Mr. Brunswick left Willkie in January 2020. Mr. Brunswick did not work on any matters involving the Debtors during his time at Willkie. Mr. Brunswick's role at Kroll is primarily administrative and he does not generally work on any of the firm's cases.

- James Waldron, former Clerk of the United States Bankruptcy Court for the District of New Jersey, joined Kroll as Senior Advisor in March 2017. Mr. Waldron's daughter, Keara Waldron, is a counsel at Lowenstein Sandler LLP, one of the Debtors' vendors.

- Christopher Schepper is a Managing Director of Kroll. Mr. Schepper's wife, Alison Schepper, is a Director at Kroll. Ms. Schepper's father, Paul Tearnen, is a Managing Director at Alvarez & Marsal, which is the Debtors' proposed restructuring advisor. Mr. Tearnen is not a restructuring professional and upon information and belief does not have any involvement in these Chapter 11 Cases.

   11. Kroll is an indirect subsidiary of Kroll, LLC ("Kroll Parent"). Kroll

Parent is the world's premier provider of services and digital products related to governance, risk

and transparency. Within the Kroll Parent corporate structure, Kroll operates independently

from Kroll Parent. As such, any relationships that Kroll Parent and its affiliates maintain do not

create an interest of Kroll's that is materially adverse to the Debtors' estates or any class of creditors or security holders.

12.     Kroll, as well as its personnel, has and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the Debtors' Chapter 11 Cases. Kroll may also provide professional services to entities or persons that may be creditors or parties in interest in these Chapter 11 Cases, which services do not directly relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

13.     Kroll, and its personnel in their individual capacities, regularly utilize the services of law firms, investment banking and advisory firms, accounting firms and financial advisors.  Such firms engaged by Kroll or its personnel may appear in chapter 11 cases representing the Debtors or parties in interest.  All engagements where such firms represent Kroll or its personnel in their individual capacities are unrelated to these Chapter 11 Cases.

14.     Kroll further declares that Kroll does not now have nor has it ever had any contract or agreement with XClaim Inc. or with any other party under which Kroll provides, provided, or will provide exclusive access to claims data and/or under which Kroll would be compensated for claims data made available by Kroll.

15.     Based on the foregoing, I believe that Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged.  Moreover, to the best of my knowledge and belief, neither Kroll nor any of its partners or employees hold or represent any interest materially adverse to the Debtors' estates with respect to any matter upon which Kroll is to be engaged.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on November 17, 2022

/s/ Benjamin J. Steele
Benjamin J. Steele
    Managing Director
Kroll Restructuring Administration LLC

55 East 52nd Street, 17th Floor

New York, NY 10055

**Schedule 1**

**Potential Parties in Interest List[1]**

---

[1]    This list is based on the Debtors' currently available information of creditors and does not include any information regarding the Debtors' customers.  The Debtors are working to obtain access to customer data from the compromised data repositories and will update this list when the information is available.  Additionally, the Debtors' professionals have not yet had the opportunity to independently verify certain of the roles, titles and affiliate relationships with respect to the parties listed herein and will supplement as necessary.

{1368.002-W0069014.}

**5% or More Equity Holders**

Nishad Singh

Samuel Bankman-Fried

Zixiao Wang

**Bankruptcy Judges**

Ashely M. Chan

Brendan L. Shannon

Craig T. Goldblatt

John T. Dorsey

Karen B. Owens

Kate Stickles

Laurie Selber Silverstein, Chief Judge

Mary F. Walrath

Una O'Boyle (Clerk of Court)

**Professionals**

Alvarez & Marsal North America, LLC

Bahamian Counsel

Chainalysis

Covington & Burling LLP

Joele Frank

Kroll Restructuring Administration

Landis Rath & Cobb LLP

Nardello & Co. LLC

Perella Weinberg Partners

Quinn Emanuel Urquhart & Sullivan, LLP

Robert Lee & Associates, LLP

Simpson Thacher & Bartlett LLP

Sullivan & Cromwell LLP

Walkers

**Banks/Lender/UCC Lien Parties/Administrative Agents**

AKBANK

Bank of America

Bank of Cyprus

BCB Bank

BMO Harris Bank, N.A.

Circle

Commercial Bank of Dubai

Customers Bank

DBS

Deltec

Emirate NBD Bank

Equity Bank

Eurobank

Evolve

Far Eastern Int'l Bank

Fibabanka

Fidelity Bank (Bahamas)

Garanti BBVA

Goldfields Money

JPMorgan Chase Bank, N.A.

Klarpay

LendingClub

Maerki Baumann & Co. AG

Moneytech

Moonstone Bank

MUFG Bank, LTD.

National Australia Bank

Nium

Nuvei

Octabase

Omipay / Cuscal

PayPay Bank

Paysafe

Prime Trust

Rakuten Bank

RJ O'Brien

SBI

Signature Bank

Signet

Silicon Valley Bank

Silvergate Bank

Siraat Banksai

Stripe

Sumitomo Mitsui Banking Corporation (SMBC)

Tokyo Star Bank

Transfero

Turicum

Vakifbank

Volksbank Bayern Mitte eG

Wells Fargo

Zand Bank

**Contract Counter-Parties**

AC Revocable Trust

Adresana Limited

AIM Sports, LLC

Albane Valenzuela

Alexandra Menyhart

Alexandria Stuart

1

Alpaca Crypto LLC

AlteumX International S.A.

Andrew Franklin

Anthranique Mather

Ash Jaynes

Ashley Moree

Barstool Sports Inc.

Billboard Media, LLC

Binance Capital Management Co. Ltd.

BITOCTO

BlockFi Inc.

Brandon Williams

Brave Software International SEZC

Brett Harrison

Coachella Music Festival, LLC

David Ortiz

David Ortiz Children's Fund

Deyvis Gonzalez

Diego Perez de Ayala

Digital Assets DA AG

Dolphin Entertainment, Inc.

Domenic Fiore

Elvia Delgadillo

Exodus Movement, Inc.

FOX SPORTS SUN, LLC

Freddie Lightbourne Jr.

Galois Capital

Gisele Caroline Bündchen

Golden State Warriors

Gpay Network Pte. Ltd.

Growflint Technologies Pvt. Ltd.

HashKey Blockchain Investment Fund

HODL Media, Inc.

ICC Business Corporation FZ LLC

Idealex Services OU

IEX Group, Inc.

iVest+

Jack Dylan Roberts

Javed Bartlett

Jeremy Cranford

Jeremy King

Kariya Kayamori

Kendra Samuels

Kevin O'Leary

Khaija Larune Russell

Larnabell Enterprises Limited

Laura Larissa Hanna

Ledger SAS

Lightspeed Management Company, LLC

Lincoln Holdings LLC DBA Monumental Sports & Entertainment

Lorem Ipsum UG

Lou Frangella

Magan Lockhart

Major League Baseball Clubs

Major League Baseball Properties, Inc

Mark Khalil

Medium Rare Live, LLC

Meow Technologies Inc.

Mercedes-Benz Grand Prix Limited

Milken Jonathan

MLB Advanced Media, L.P

MMBOC, LLC

MPG Live Ltd

Multicoin Capital

O'Leary Productions Inc.

Office of the Commissioner of Baseball

Paradigm

Patrick Gruhn

Paul Forest

Paxos Trust Company, LLC

Peter Muzzonigro

PointUp Inc.

Proper Trust AG

PT Datindo Infonet Prima

Race Capital

Radegen Sports Management LLC

Rebecca Lowe

Reddit, Inc.

Ribbit Capital

Rick Fox

Roshan Daswani

SC30 Inc.

Sequoia

Shin Yeu Chew

Shohei Ohtani

Stefanel Taylor

Stephen Curry

StockTwits, Inc.

2

Swift Media Entertainment, Inc
The MLB Network, LLC
Thoma Bravo
TL INTERNATIONAL BV
TokenBot International Ltd.
Tom Brady
TradingView Inc
Trevor Lawrence
TrustToken
Twig USA Inc
Udonis Haslem
UJH Enterprises
Veridian Development Group Ltd.
Yahoo Inc.
Yuga Labs, Inc.

**Debtors**

Alameda Aus Pty Ltd
Alameda Global Services Ltd.
Alameda Research (Bahamas) Ltd
Alameda Research Holdings Inc.
Alameda Research KK
Alameda Research LLC
Alameda Research Ltd
Alameda Research Pte Ltd
Alameda Research Yankari Ltd
Alameda TR Ltd
Alameda TR Systems S. de R. L.
Allston Way Ltd
Analisya Pte Ltd
Atlantis Technology Ltd.
Bancroft Way Ltd
Blockfolio, Inc.
Blue Ridge Ltd
Cardinal Ventures Ltd
Cedar Bay Ltd
Cedar Grove Technology Services, Ltd.
Clifton Bay Investments LLC
Clifton Bay Investments Ltd
Cottonwood Grove Ltd
Cottonwood Technologies Ltd
Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.

Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc.
FTX Ventures Ltd.
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.

3

Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.
Liquid Securities Singapore Pte Ltd
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc.
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Directors/Officers**

Aaron Payas
Andy Fisher
Arthur THomas
Balsam Danhach
Bart Smith
Bryan Bishop
Can Sun
Caroline Ellison
Caroline Papadopoulas
Chi Hoai Tran
Clement Joshua Ip

Constance Wang
Dan Friedberg
Darren Wong
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Henry Raatz
Jamie Kennedy
Jen Chan
Jens Brunke
Jerome Kemp
Joe Keefer
John J. Ray
John Samuel Trabucco
Joseph J. Farnan
Judge Farnen
Jürg Bavaud
Keisha Bell
Larry Thompson
Longe Odunoluwa Olabimtan
Lucas Moscowitz
Marco Passuello
Marissa MacDonald
Mark Wetjen
Martin Liebi
Matt Heller
Matt Rosenberg
Matthew Doheny
Matthew Ness
Max Rhotert
Michael Giles
Michael Kott
Michael McCarty
Michael Watson
Mitch Sonkin
Mohammad Hans Dastmaltchi
Nayia Ziourti
Nishad Singh
Oleg Ravnushkin
Omar Camargo
Panayiotis Papachristoforou
Paul Kuo
Persis Manfred Sarmiento
Rishi Jain

4

Robin Matzke

Ryan Salame

Ryne Miller

Samuel Bankman-Fried

Seref Bayirli

Serhat Aydin

Seth Melamed

Shiliang Tang

Shuya Yamamoto

Sina Nader

Sutat Chew

Takashi Hidaka

Taylor Johnson

Terence Choo

Venu Palaparthi

Wang Zhe

Wing Man Charis Law (Charis Law)

Xiao Chen

Zach Dexter

**Insurance**

Ascot Insurance Company

Continental Casualty Company

Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, HDI Global Specialty SE

Lloyd's America, Inc.

Massachusetts Bay Insurance Company

Paragon International Insurance Brokers Limited

QBE Insurance Corporation

Relm Insurance Ltd.

StarStone National Insurance Company

The Hanover Insurance Group

The Travelers Insurance Company

Travelers Property Caualty Company of America

United Fire Group

USI Insurance Services, LLC-CL

**Known Affiliates - JV**

Alameda Systems Inc.

BITVO Inc.

Blockfolio Holdings, Inc.

CM-Equity AG

Embed Clearing LLC.

Embed Financial Technologies Inc

FTX Australia Pty Ltd

FTX Bahamas Ventures Ltd

FTX Capital Markets LLC

FTX Digital Markets Ltd

FTX Express Pty Ltd

FTX US Derivatives LLC (US)

FTX Vault Trust Company

FTX Ventures Partnership

LedgerX LLC d/b/a FTX US Derivatives

**Landlords**

101 Second Street, Inc.

Albany Resort Operator Ltd.

Blue Hole Real Estate Holdings Ltd.

Bond Collective

Brickwell Owner LLC

Heckler Investments (Bahamas) Ltd.

Javari Ltd.

Newwave Bahamas Inc.

S3 Ocean View Limited

The Metropolitan Square Associates LLC

WeWork Companies LLC

W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**

Chase Zimmerman

Different Rules, LLC

Group One Holdings Pte Ltd

Josephine Sun

Marisa Mcknight

ONE Studios Pte Ltd

**Ordinary Course Professionals**

Anderson Mori & Tomotsune

Antis Triantafyllides

Armanino LLP

Baker McKenzie

Baptista Luz

Bär & Karrer

Binder Grösswang

Clement Maynard & Co

CMS Legal - Italy

Fenwick & West

Gibson Dunn

Hogan Lovells

Kim & Chang

King Wood Mallesons

Kramer Levin

Latham & Watkins

Loyens&Loeff

McCarthy Tetrault

MLL Meyerlustenberger Lachenal Froriep Ltd

Nishit Desai

Norton Rose

Piper Alderman

Prager Metis CPA's, LLC

Ronny Domröse

Silicon Valley Accountants

Slaughter & May

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and Economic Development

Amber Eutsey

Anne Cappelli

Arizona Department of Insurance and Financial Institutions

Arkansas Securities Department

Aurora Fagan

Bo Fears

Brandi Smith

Brock Jensen

Bryan Hsueh

Campbell McLaurin

Catherine Reyer

Christopher German

Clifford Charland

Commodity Futures Trading Commission

Corey Krebs

Craig Christensen

Danielle Sassoon

David Berland

David Buchalter

David O'Brien

David Venerables

Delaware State Treasury

Department of Insurance and Financial Services

Department of Justice - Computer Crime and Intellectual Property Section

Department of Justice - National Crypto Currency Enforcement Team

Department of Justice - Southern District of New York

Department of Justice - US Attorney Southern District of Florida

District of Columbia Department of Insurance, Securities and Banking

Drew Stillman

Dustin Physioc

Elizabeth Pendleton

Erin Wilk

Ethan McLaughlin

Florida Office of Financial Regulation

Georgia Department of Banking and Finance

Hawaii Department of Commerce and Consumer Affairs

House Committee on Oversight and Reform

Idaho Department of Finance

Illinois Department of Financial and Professional Regulation

Ingrid White

Internal Revenue Service

Iowa Division of Banking

Iris Ikeda

Jack McClellan

James Westrin

Jason Gworek

Jay Kim

Jeanju Choi

Jeffrey Loimo

Jennifer Biretz

Jesse Moore

Jesse Saucillo

Jessica Peck

Jesus (/Jesse) Saucillo

Jonathan Misk

Jonathan Vruwink

Karyn Tierney

Kelley Reed

Kevin Webb

Kristen Anderson

Kristin Rice

Lucinda Fazio

Mark Largent

Maryland Department of Labor

Matthew Dyer

Michigan Department of Insurance and Financial Services

Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance

New York Department of Financial Services

Nicolas Roos

6

Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Tammy Seto
Texas Department of Banking
Thane Rehn
Tom Stevens
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia

Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Vendors**
101 Second Street, Inc.
ABG Shaq LLC
ADAM
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Apple Inc.
Arbor Day Foundation
Armanino
AWS
B House
Bally Sports Sun
Basketball Properties Ltd
BitGo
Bleacher Report - Warner Media
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Braze
Brink
BSO Network Solutions Ltd
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
Canopy RE, Inc
Care for Special Needs Children Foundation
Chartwell
Coachella
Coindesk
COJO Strategies

7

Colormatics
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Creators Agency LLC
Crypto Council for Innovation
Dara Studios
David Ortiz Children's Fund
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Duane Morris LLP
Eldera, Inc.
Elite Protection LLC
Emerson Estate
Equinix
Equity and Transformation
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Florida International University Foundation
Flutterwave
Fox Sports
GameStop
GB Solutions - Geoff Bough
Glushon Sports Management
Golden State Warriors
Golden State Warriors Community Foundation
Google
Google Cloud Platform
Herbert Smith Hills
Honeycomb
Honnold Foundation
Hurry Up Slowly
Insight

Invisible North
ipower
JLL Law Firm
Joel Becker
Jumio
Katten
Kevin Haeberle
Latham & Watkins LLP
Laureus Sport for Good
LedgerX LLC
Liftoff
Light the Way - The Campaign for Berkeley
Looker (Google LLC)
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Majority Forward
Maxlaw Global
Mayfield XV
Medium Rare Live
Message Global
Miami Heat Limited Partnership
Michelle Sun
Microsoft Advertising
MLB Advanced Media
Monumental Sports and Entertainment Foundation
Moon Overlord
Morgan Lewis
Morrison and Foerster LLP
NA League of Legends Championship Series LLC
Naomi Osaka
Neodyme
Nerd St. Gamers
Neworld One Bay Street - Margaritaville Beach Resort Nassau
Nifty Metaverse Inc
NJ Scholars
NYSE
Office Revolution
OIC of South Florida
One Workplace L. Ferrari
Open Fortune - Fortune Media
Osaka Exchange
OtterSec LLC

8

Perkins Coie LLP
Pickle Software LLC
Plaid
Playground Ventures
Pomp Podcast - Lunch Money Group
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Rich Feuer Anderson
Rippling
Robert Lee & Associates, LLP
Roku
Ruin the Game Events
SafetyPay
Salas O'Brien
Sardine Ai
Sentry
Shadow Lion
Signature Bank
Siimpl - Firesight Technologies
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Snap Inc
Solana Spaces
Solidus Labs
Stanford Law School
Stanford School of Medicine
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Talent Resources Sports
TaxBit
Tevora
The Block Crypto
The Drop Media
The Metropolitan Museum of Art
TikTok
Time Magazine

Timothy Wilson
TONGLE X LLC
Top Drawer Merch
Trident
TriNet
Triton
TRM Labs, Inc.
Twilio
Twitter
USI
Valuz LLP
Victor Xu
Wasserman
Wasserman - Operating
Wasserman Client Trust
Weekly Open
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
Zimmerman

9